Francis J. Lyons, as Administrator of the Estate of Neil M. Lyons, Deceased, Appellant, *v.* State of New York, Respondent. (Claim No. 28243.)

Submitted April 4, 1949; decided April 14, 1949.

*Nathaniel L. Goldstein*, Attorney-General (*Wendell P. Brown, John R. Davison* and *Ronald E. Coleman* of counsel), for motion to dismiss appeal and in opposition to leave to appeal.

*M. Francis Malone* for motion for leave to appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed, with costs, and $10 costs of motion.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.